EMANUEL S. KUH et al., Appellants, *v.* THE BRITISH AMERICA ASSURANCE COMPANY, Respondent.

*Kuh* v. *British America Assur. Co.*, 130 App. Div. 38, affirmed.
(Argued April 27, 1909; decided May 11, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered · January 8, 1909, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action to recover on a policy of insurance against loss on shipments of merchandise.

The following question was certified : " Does that portion of the plaintiffs' complaint denominated ' For a First Cause of Action' state facts sufficient to constitute a cause of action ? " .

*Stanley Holcomb Molleson* for appellants.

*Horace L. Cheyney* for respondent.

Order affirmed, with costs in all courts, with leave to plaintiffs to serve amended complaint within twenty days after service of interlocutory judgment, on payment of costs. Question certified answered in the negative ; no opinion.

Concur : GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE JJ.